# UNITED STATES DISTRICT COURT
for the
District of Maryland

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

4:48 pm, Sep 09 2021

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   1:21-mj-02533-JMC |
| JONATHAN GRAY NEWELL | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   September 28, 2014   in the county of   Caroline   in the
_____ District of   Maryland  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of a Child |

This criminal complaint is based on these facts:
See affidavit.

☑ Continued on the attached sheet.

*Rachel S Corn*
*Complainant's signature*

Rachel Corn, Special Agent FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:   September 9, 2021

*Judge's signature*

City and state:   Baltimore, Maryland   Hon. J. Mark Coulson U.S. Magistrate Judge
*Printed name and title*