# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **IN THE MATTER OF THE COMPLAINT AND ARREST WARRANT FOR** | Case No. 1:21-mj-02533-JMC |
| **JONATHAN GRAY NEWELL** | **Filed Under Seal** |

## ORDER

For good cause shown upon motion of the United States of America, this __9th__ day of September, 2021, by the United States District Court for the District of Maryland, it is hereby ORDERED that the above-referenced complaint, arrest warrant, and supporting affidavit, along with the government's motion to seal and this Order BE, and the same hereby are, SEALED pending further order of this Court.

It is further ORDERED that the Clerk of the Court provide a copy of this Order to the United States Attorney's Office.



_____
Honorable J. Mark Coulson
UNITED STATES MAGISTRATE JUDGE

1