☑ FILED ___ ENTERED
___ LOGGED _____ RECEIVED

12:18 pm, Sep 10 2021
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No.  1:21-mj-02533-JMC |
| **JONATHAN GRAY NEWELL,** | |
| Defendant. | |

## MOTION TO UNSEAL CRIMINALCASE

The United States of America moves this Honorable Court to order and direct that the above-captioned case, as well as the complaint and affidavit, be **UNSEALED**.  In support of this motion, the government states that the defendant passed away on September 10, 2021, thus the reasons for sealing the documents (flight, destruction of evidence) no longer exist.  Therefore, the complaint and affidavit may be unsealed.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

By: _____
Paul E. Budlow
Assistant United States Attorney

**ORDERED** as prayed, this ⎯10th⎯ day of September 2021.



_____
J. Mark Coulson, United States Magistrate Judge