___ FILED   ___ ENTERED
___ LOGGED  ___ RECEIVED

12:18 pm, Sep 10 2021
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CASE NO: 1:21-mj-02533-JMC |
| JONATHAN GRAY NEWELL | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the defendant having passed away on September 10, 2021, the Acting United States Attorney for the District of Maryland hereby dismisses with prejudice the Complaint and Arrest Warrant pending in the above-captioned case.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

By: _____
Paul E. Budlow
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

9/10/21                    _____
Date                       J. MARK COULSON
                           UNITED STATES MAGISTRATE JUDGE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Advice to U.S. Marshal:   _x_ 1. Defendant is not in custody.
(check one)               ___ 2. Defendant is in custody and
                                  the USAO believes that:
                                  ___ a. there is no reason to hold defendant further.
                                  ___ b. the defendant should be held in Federal custody. (explain below)
                                  ___ c. the defendant should be transferred to State custody. (explain below)

Explanation:_____
_____